RECEIVED
APR 21 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANICE PFEIFFER AND CHRISTINE BOEDDIKER,

    Plaintiff,

v.

BIGFIX, INC.,

    Defendant.

CASE NO. C09-01735

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Rafael E. Lázaro, whose business address and telephone number is Stowell & Friedman, Ltd., 321 S. Plymouth Court, Suite 1400, Chicago, IL 60604   Tel: (312) 431-0888 and who is an active member in good standing of the bar of Northern District of Illinois having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 28, 2009



IT IS SO ORDERED
Judge Bernard Zimmerman