**RECEIVED**

APR 2 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADR BZ

| | |
|---|---|
| JANICE PFEIFFER AND CHRISTINE BOEDDIKER,<br><br>Plaintiff,<br><br>v.<br><br>BIGFIX, INC.,<br><br>Defendant. | CASE NO. C09-01735<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Jasmine E. Simmons                       , whose business address and telephone number is

Stowell & Friedman, Ltd.
321 S. Plymouth Court, Suite 1400
Chicago, IL 60604   Tel: (312) 431-0888

and who is an active member in good standing of the bar of Northern District of Illinois

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:   April 28, 2009



IT IS SO ORDERED
Judge Bernard Zimmerman