UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JANICE PFEIFFER AND CHRISTINE
BOEDDIKER,

            Plaintiff(s),

    v.

BIGFIX, INC.,

            Defendant(s).

CASE NO. CV 09-01735-WHA

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✔    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    ✔    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: 7/13/09

Dated: 7/13/09

Rafael E. Lázaro
Attorney for Plaintiff

Kevin D. Whittaker
Attorney for Defendant

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
✔      Mediation
        Private ADR

    Deadline for ADR session
✔      90 days from the date of this order.
        other

IT IS SO ORDERED.

Dated: July 15, 2009.

                                    DISTRICT
UNITED STATES ~~MAGISTRATE~~ JUDGE


APPROVED
Judge William Alsup

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE PFEIFFER AND CHRISTINE BOEDDIKER,<br><br>Plaintiffs,<br><br>v.<br><br>BIGFIX, INC.<br><br>Defendant. | CASE NO.: 09-cv-01735-WHA<br><br>Hon. William H. Alsup<br><br><br><br>**DEMAND FOR JURY TRIAL** |

## CERTIFICATE OF SERVICE

I, Rafael E. Lázaro, an attorney, hereby certify that on July 13, 2009, I caused a true and correct copy of the *Stipulation and [Proposed] Order Selecting ADR Process* to be served on the following via ECF upon:

Michael Bruno
Kevin D. Whittaker
Gordon & Rees, LLP
275 Battery Street
Suite 2000
San Francisco, CA 94111

/s/ Rafael E. Lázaro

Linda D. Friedman
Rafael E. Lázaro
Jasmine E. Simmons
Stowell & Friedman, Ltd.
321 S. Plymouth Ct., Suite 1400
Chicago, IL 60604
(312) 431-0888
rlazaro@sfltd.com