**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANICE PFEIFFER and
CHRISTINE BOEDDIKER,

    Plaintiffs,

  v.

BIGFIX, INC.,

    Defendant.
                            /

No. C 09-01735 WHA

**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

      The parties' stipulated request to continue the case management conference is **DENIED**. Counsel shall please attend the case management conference on **AUGUST 6, 2009, AT 11:00 A.M.** and file a joint case management statement by July 30, 2009.

      **IT IS SO ORDERED.**

Dated: July 24, 2009.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE