IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANICE PFEIFFER and CHRISTINE BOEDDIKER,

    Plaintiffs,

  v.

BIGFIX, INC.,

    Defendant.

No. C 09-01735 WHA

**ORDER DENYING REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE**

Good cause not shown, the Court **DENIES** plaintiffs' request to attend the case management conference by telephone. The Court notes that plaintiffs are represented by local counsel who can appear personally at the conference and can report to Chicago counsel. The Court has tried telephone conferences in the past and the overall performance of the equipment is poor.

**IT IS SO ORDERED.**

Dated: July 30, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE