LINDA D. FRIEDMAN
RAFAEL E. LÁZARO
STOWELL & FRIEDMAN, LTD.
321 S. Plymouth Ct., Suite 1400
Chicago, IL 60604
Telephone:  (312) 431-0888
Facsimile:  (312) 431-0228

Attorneys for Plaintiffs
JANICE PFEIFFER and
CHRISTINE BOEDDIKER

MICHAEL D. BRUNO
KEVIN D. WHITTAKER
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile:  (415) 986-8054

Attorney for Defendant
BIGFIX, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANICE PFEIFFER AND CHRISTINE BOEDDIKER,<br><br>        Plaintiffs,<br><br>v.<br><br>BIGFIX, INC.<br><br>        Defendant. | CASE NO.: 09-cv-01735-WHA<br><br>**ORDER OF ~~REQUEST FOR~~ DISMISSAL WITH PREJUDICE DUE TO SETTLEMENT**<br><br>**Judge:  Hon. William H. Alsup**<br><br>**Complaint filed:  April 21, 2009** |

Plaintiffs Janice Pfeiffer and Christine Boeddiker hereby request dismissal of the entirety of their claims with prejudice due to settlement.  In support of this request, Plaintiffs state as follows:

1. On August 6, 2009, this court referred this case to the ADR unit for mediation. The parties participated in mediation on October 30, 2009.

2. Each of the parties has entered into a Settlement Agreement and Release ("Settlement Agreements").

3. The Settlement Agreements resolve all issues presented in the action identified in the caption above.

THEREFORE, Plaintiffs, by and through their counsel, hereby request that this court dismiss the above-referenced action forthwith, each side to bear its own costs and attorney's fees.

Dated:  January 12, 2010                             **STOWELL & FRIEDMAN, LTD.**

                                                      /s/ Rafael E. Lázaro
                                                     Attorney for Plaintiffs

PURSUANT TO FRCP 41(a), plaintiffs' request for voluntary dismissal of this action *with prejudice* is hereby **GRANTED**.  **THE COURT SHALL CLOSE THE FILE**.

Dated:  January 12, 2010.                            _____
                                                     Hon. William H. Alsup
                                                     United States District Judge

*IT IS SO ORDERED*
Judge William Alsup

2

ORDER OF
~~REQUEST FOR~~ DISMISSAL WITH
PREJUDICE DUE TO SETTLEMENT
Case No. 09-CV-01735 WHA

## CERTIFICATE OF SERVICE

I, Rafael E. Lázaro, an attorney, hereby certify that on January 12, 2010, I caused a true and correct copy of the *Request for Dismissal with Prejudice Due to Settlement* to be served on the following via ECF upon:

Michael Bruno
Kevin D. Whittaker
Gordon & Rees, LLP
275 Battery Street
Suite 2000
San Francisco, CA 94111

/s/  Rafael E. Lázaro

Linda D. Friedman
Rafael E. Lázaro
Jasmine E. Simmons
**Stowell & Friedman, Ltd.**
321 S. Plymouth Ct., Suite 1400
Chicago, IL 60604
(312) 431-0888
rlazaro@sfltd.com